UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        NO. CIV. 2:11-3333 WBS GGH

    Plaintiff,

  v.

OM SHIV SHAKTI INC., Individually and d/b/a Star Liquors; KAVITA KAPOOR, Individually and d/b/a Star Liquors; AMY LUU, Individually and d/b/a Teriyaki House; SARA EMILIE DANIELS, Individually and d/b/a Mondos Café; MA HUEY JIUAN; NG KING LAM; ANH NGO,

    Defendants.
_____/

----oo0oo----

    The only defendant having made an appearance in this case, Kavita Kapoor, is appearing pro se.  Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Gregory G. Hollows, for all further proceedings consistent with the provisions of the rule.

    IT IS SO ORDERED.

DATED:  June 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1